DOCKETED
JUL 1 6 2001

UNITED STATES DISTRICT OF COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) |
| Plaintiffs, | ) ) ) CIVIL ACTION NO. 98C50026 |
| v. | ) ) |
| CITY OF ROCKFORD, ILLINOIS, | ) ) |
| Defendant. | ) ) |

## NOTICE OF LODGING
## OF PROPOSED SECOND AMENDMENT TO THE CONSENT DECREE
## PENDING SOLICITATION OF PUBLIC COMMENT BY
## U.S. DEPARTMENT OF JUSTICE

Plaintiff, the United States of America, on behalf of the United States Environmental Protection Agency ("U.S. EPA"), hereby notifies the Court that the United States is lodging with the Court a proposed Second Amendment to the Consent Decree under the Comprehensive Environmental Response, Compensation and Liability Act, as amended ("CERCLA"), 42 U.S.C. §§ 9601 et seq. The proposed Second Amendment to the Consent Decree modifies the Amended Consent Decree entered by the Court on or about January 13, 1999, which resolved certain claims of the United States and the State of Illinois against the City of Rockford, Illinois, under Sections 106(a) and 107(a) of CERCLA, 42 U.S.C. §§ 9606(a) and 9607(a), pertaining to the Southeast Rockford Groundwater Contamination ("Site") located in Rockford, Winnebago County, Illinois. In that Amended Consent Decree, the City of Rockford reaffirmed the terms



and conditions of the original Consent Decree entered by the Court on or about April 9, 1998, to perform the remedial action selected by U.S. EPA in its September 30, 1995, Record of Decision, and to reimburse certain costs incurred by Plaintiffs at the Site. The Amended Consent Decree resolved additional claims of Plaintiffs against the City of Rockford, and resolved potential claims of the Plaintiffs against certain Covenant Beneficiaries. As specified in the Amended Consent Decree, the City of Rockford and Covenant Beneficiaries received covenants not to sue and contribution protection.

The Second Amendment to the Consent Decree adds eleven parties who will participate in the settlement by paying an aggregate total of $142,001.59 to the City of Rockford to be paid to the United States and by executing and transmitting Covenant Beneficiary Forms. The added Covenant Beneficiaries will receive the covenants not to sue and contribution protection provided such parties in the Amended Consent Decree. All other provisions of the Amended Consent Decree and original Consent Decree not modified by the Second Amendment to the Consent Decree remain in full force and effect.

The Court should not yet sign the proposed Consent Decree. Instead, the proposed Consent Decree should remain lodged with the Court while the United States provides an opportunity for public comment in accordance with Section 122(d)(2) of CERCLA, 42 U.S.C. § 9622(d)(2). The U.S. Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comment for a period of 30 days. During the comment period, no action is required of the Court.

After the close of the comment period, the United States will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that

the proposed settlement is inappropriate, inadequate or improper, and advise the Court whether the United States requests that the Consent Decree be entered.

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

By: *[signature]*
MARY REED
FRANCIS J. BIROS
Trial Attorneys
Environmental Enforcement Section
U. S. Department of Justice
Post Office Box 7611
Washington, D.C. 20044
(202) 514-2580

SCOTT R. LASSAR
United States Attorney
Northern District of Illinois

By: *[signature]*
KEITH C. SYFERT
Assistant United States Attorney
Northern District of Illinois
Western Division
308 West State Street, Suite 300
Rockford, IL 61101
(815) 987-4444

OF COUNSEL:

THOMAS TURNER
Assistant Regional Counsel
U.S. Environmental Protection
Agency, Region V
77 West Jackson Blvd.
Chicago, Illinois 60604

UNITED STATES DISTRICT OF COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE STATE OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROCKFORD, ILLINOIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 98C50026<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Plaintiff United States' Notice of Lodging of Proposed Second Amendment to the Consent Decree Pending Solicitation of Public Comment by the U.S. Department of Justice and Proposed Second Amendment to the Consent Decree, were sent by first class mail, prepaid, this 11th day of July 2001, to the City of Rockford, Illinois, and to counsel for the State of Illinois at the following:

**For the City -**

Ronald N. Schultz
Legal Director
Department of Law, City of Rockford
425 E. State Street
Rockford, IL 61104

**For the State of Illinois -**

Elizabeth Wallace
Assistant Attorney General
State of Illinois
100 W. Randolph Street, 11th floor
Chicago, IL 60601

KEITH C. SYFERT
Assistant United States Attorney
Northern District of Illinois