Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 50026 | **DATE** | 9/26/2001 |
| **CASE TITLE** | USA vs. Rockford | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] United States' motion to enter proposed second amendment to the consent decree is granted. Enter order.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | OCT - 1 2001 | |
| | Notified counsel by telephone. | | date docketed | 21 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | OCT - 1 2001 | |
| smw | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

**DOCKETED**

**OCT - 1 2001**

UNITED STATES DISTRICT OF COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF ILLINOIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 98C50026 ) ) |
| CITY OF ROCKFORD, ILLINOIS, | ) ) |
| Defendant. | ) ) ) |

## ORDER

The Court having considered the Motion of the United States for entry of a Second Amendment to the Consent Decree, adding eleven Covenant Beneficiaries to the settlement in this matter pursuant to the Comprehensive Environmental Response, Compensation and Liability Act, as amended, 42 U.S.C. § 9601 et seq., and being duly advised in the premises, it is hereby,

**ORDERED** that the Second Amendment to the Consent Decree, lodged with the Court on July 11, 2001, be and is hereby entered as a judgment of the Court.

SO ORDERED THIS 26th DAY OF Sep., 2001.

_____
Philip G. Reinhard
United States District Judge
Northern District of Illinois
Western Division